IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

RHESHAD LAMAR LOTT § 
VS. § CIVIL ACTION NO. 1:13cv319 
DIRECTOR, TDCJ-CID §

<u>MEMORANDUM OPINION REGARDING VENUE</u>

Petitioner Rheashad Lamar Lott, an inmate confined in the Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

<u>Discussion</u>

Petitioner states that in 2009, he was convicted of a criminal offense in Criminal District Court #2 of Dallas County, Texas. He was sentenced to 70 years imprisonment.

Petitioner filed this petition for writ of habeas corpus in the district in which he is currently confined. Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring his petition for writ of habeas corpus in the district in which he was convicted or the district in which he is incarcerated. Section 2241(d) further provides that the district court in the exercise of its discretion may transfer the action to the other district in the furtherance of justice.

Petitioner was convicted in Dallas County, Texas.

Pursuant to 28 U.S.C. § 124, Dallas County is in Dallas Division of the Northern District of Texas.  As all records and witnesses involving this action may be located in the Northern District, the transfer of this action to such district would further justice.

Accordingly, this case should be transferred to the Dallas Division of the United States District Court for the Northern District of Texas.  A Transfer Order shall be entered in accordance with this Memorandum Opinion.

**SIGNED** this   12   day of        June        , 2013.

                                        KEITH F. GIBLIN
                                        UNITED STATES MAGISTRATE JUDGE